EQUITABLE & CENTRAL TRUST CO. *v.* COMMON COUNCIL
OF CITY OF DETROIT.

This case is controlled by *First National Bank of Wyandotte* v.
*Detroit Common Council, ante,* 89.

Certiorari to Wayne; Campbell (Allan), J.   Submitted October 7, 1930.   (Calendar No. 35,143.)
Decided January 7, 1931.

Mandamus by the Equitable & Central Trust Company, a Michigan corporation, Harry Allen, and other stockholders, against the Common Council and Board of Assessors of the City of Detroit to show cause why deductions from assessments should not be made for certain credits.   Judgment for plaintiffs.   Defendants bring certiorari.   Reversed.

*Stevenson, Butzel, Eaman & Long* (*Thomas G. Long,* of counsel), for plaintiffs.

*Walter Barlow* (*Clarence E. Wilcox,* of counsel), for defendants.

McDonald, J.   In its facts and applicable law, this case is precisely like that of *First National Bank of Wyandotte* v. *Detroit Common Council.* The decision in that case reported *ante,* 89, is controlling of the questions here involved.

The writ of mandamus is denied.

Butzel, C. J., and Wiest, Clark, Sharpe, North, and Fead, JJ., concurred.   Potter, J., did not sit.